**SCANNED**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 07-61269-CIV-COHN/SELTZER

RONALD O. ARMBRUST,

    Plaintiff,

v.

BROWARD COUNTY SHERIFF
DEPUTY KREG COSTA,

    Defendant.
_____/

## FINAL JUDGMENT

PURSUANT TO the jury verdict of October 3, 2008, it is

**ORDERED AND ADJUDGED** that Judgment be entered in favor of Plaintiff, RONALD O. ARMBRUST, and against Defendant, BROWARD COUNTY SHERIFF DEPUTY KREG COSTA. Plaintiff shall recover $25,000.00, plus interest thereon at the rate of 1.95% per annum from the date of this Final Judgment, for which let execution issue. The Clerk may **CLOSE** this case. All pending motions are **DENIED as MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3RD day of October, 2008.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies to all counsel of record on CM/ECF.